# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES KNIGHT,

             Petitioner

          v.

COURT OF COMMON PLEAS OF ERIE COUNTY,

             Respondent

:  No. 70 WM 2021
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2022, the Application for Leave to File Original Process is GRANTED, and the "Motion for Action in Mandamus" is DENIED.